## ABRAHAM WENDELL AND JOSIAH WENDELL *versus* HIRAM PEIRCE AND WOLCOTT LAWRENCE

JOURNAL ENTRIES (1819): *Journal 2:* (1) Transcript filed *p. 642; (2) motion for judgment *p. 668; (3) appearances *p. 686; (4) default judgment *p. 717.

PAPERS IN FILE: (1) Appeal bond; (2) transcript of county court records; (3) declaration in county court; (4) plea of non assumpsit in county court; (5) verdict in county court; (6) precipe for subpoena; (7) bill of costs; (8) precipe for execution; (9) draft of certificate of judgment; (10) promissory note.

*Office Docket,* MS p. 85, c. 26.

## STEPHEN DOWNING, SR., *versus* HIRAM PEIRCE AND RANDALL S. RICE

JOURNAL ENTRIES (1819–21): *Journal 2:* (1) Writs and transcript filed *p. 642; (2) appearance *p. 718; (3) rule to declare, continued *p. 719. *Journal 3:* (4) Continued *p. 87; (5) default judgment *p. 231.

PAPERS IN FILE: (1) Bill of costs; (2) writ of fi. fa. and return; (3) writ of ca. sa. and receipts.

*Office Docket,* MS p. 88, c. 27. Recorded in *Book A,* MS pp. 213–17.